HUGO CAIN v. STATE.

No. A.-8179.   Jan. 15, 1932.
(7 Pac. [2d] 1118.)

J. Berry King, Atty. Gen., and Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. The plaintiff in error, hereinafter called the defendant, was convicted of manslaughter in the first degree, and was sentenced to serve a term of four years at hard labor in the state penitentiary, and appeals.

The record in this case was filed in this court on June 11, 1931; no brief has been filed in support of the defend-

ant's assignment of errors. A careful examination of the record discloses no fundamental error, and the evidence is sufficient to support the verdict of the jury.

The case is therefore affirmed.